UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PROGENICS PHARMACEUTICALS, INC.,   :
:
                              Plaintiff,   :
:
             -v-   :
:
IMS CONSULTING GROUP,   :
:
                            Defendant.   :
:
------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/14

14-mc-245-RA

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated on the record at today's hearing, it is hereby ORDERED that the motion of Progenics Pharmaceuticals, Inc. to compel compliance with an arbitral witness summons is denied.

      The Clerk of Court is respectfully instructed to close the case.

SO ORDERED.

Dated:    August 13, 2014
             New York, New York

_____
Ronnie Abrams
United States District Judge